# IN THE SUPREME COURT OF THE STATE OF NEVADA

ERVIN MIDDLETON, JR.,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK,
Respondent.

No. 76388

FILED

SEP 2 8 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DENYING MOTION FOR RECONSIDERATION AND DISMISSING PETITION

This pro se petition was filed on July 17, 2018, without payment of the requisite filing fee. On July 31, 2018, petitioner filed a common law petition for writ of madamus indicating that the district court granted him a fee waiver in the underlying civil action filed below. However, because the matter in this court concerned an original writ proceeding, this court entered an order on August 9, 2018, directing petitioner to submit an application to proceed in forma pauperis to this court in the first instance. Petitioner challenged that order, arguing that he was entitled to proceed with his petition without payment of the filing fee. Further, he failed to provide financial information to support his request for a waiver of the filing fee. This court entered an order on August 24, 2018, denying his request to proceed in forma pauperis, as he had not established his indigency. The order advised petitioner to pay the filing fee by September 10, 2018, or his petition would be dismissed.

On September 6, 2018, petitioner filed a document that appears to challenge this court's August 9, 2018, order, which he previously

18-38008

challenged, and the August 24, 2018, order. We construe petitioner's document as a motion for reconsideration. *See* NRAP 27(c)(2). Having considered petitioner's submissions, we conclude that no relief is warranted and order this petition dismissed.

It is so ORDERED.

_____, J.
Cherry

_____, J.          _____, J.
Parraguirre                                              Stiglich

cc:     Ervin Middleton, Jr.
        Attorney General/Carson City
        Eighth District Court Clerk